FILED

2023 JUN 28  PM 4: 02

**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**CIVIL DIVISION**

MCNEELY CHARTER SERVICE, INC.                                          PLAINTIFF

V.                                              CASE NO. 18CV-23-536

TOTAL AIR GROUP;
FTAIR, LLC; and,
TUNICA AIR GROUP, LLC                                          DEFENDANTS

## COMPLAINT

Comes now the plaintiff, McNeely Charter Service, Inc., by and through its

lawyer, Lawrence W. Jackson, and for its complaint alleges and states:

1. Plaintiff McNeely Charter Service, Inc. ("McNeely") is an Arkansas

corporation limited liability company with its principal place of business and

headquarters in Crittenden County, Arkansas.

2. Defendant TOTAL AIR GROUP ("Total Air Group"), upon information and

belief, at the times relevant to this complaint has been and is a dba of FTAir, LLC

("FTAir") and Tunica Air Group, LLC ("Tunica Air"). As used herein, "Total Air

Group" includes Total Air Group, FTAir, and Tunica Air.

3. Defendant FTAir is a limited liability company organized under the laws of

Delaware.

4. Defendant Tunica Air Group, LLC is a limited liability company organized

under the laws of Mississippi with its principal place of business located in Shelby

County, Tennessee.

5. Upon information and belief, Tunica Air operated and done business as Total Air Group at its primary place of business, which is 2456 Winchester Road, Hangar 14, Memphis, Shelby County, Tennessee since about 2006. Total Air Group is still listed and registered as, and represented to be, a dba of Tunica Air with the Mississippi Secretary of State.

6. In or about 2020, FTAir was authorized to do business in Tennessee. In 2022, according to the Tennessee Secretary of State, FTAir either changed its name or began doing business as Tunica Air Group, LLC. FTAir also began doing business in 2022 "Total Air Group." To the extent that FTAir and Tunica Air remain separate entities, both are doing business as "Total Air Group" and all share the same registered agent and principal place of business.

7. None of the Defendants are authorized to do business in the State of Arkansas, though they have done so on a regular basis, including at all times relevant to the allegations in this complaint.

8. The agreement in dispute was negotiated in Crittenden County, Arkansas, work was performed in Crittenden County, Arkansas, and Defendants have threatened to assert a lien in Arkansas. The wrongful acts and omissions alleged herein occurred primarily in Crittenden County, Arkansas.

9. The Court has jurisdiction of the parties and subject matter of the claims alleged herein.

10. McNeely is an air charter service operating planes that transport cargo. Among the planes owned by McNeely is an SD3-30 C23B Short Model Sherpa, Aircraft Registration No. N7013 ("Sherpa" or "Plane"). Attached as Exhibit A is an article

containing the history of the development of the C-23 Sherpa, including photographs of the various models, all of which are similar or identical to the Sherpa at issue here. The statements and photographs in Exhibit A are true and correct, and incorporated herein by reference.

11. On or about December 22, 2020, Total Air Group submitted its estimate to install a new avionics package on the Sherpa, specifically a Garmin 750/650 GTX 345 Upgrade. As part of its proposal, Total Air Group represented and warranted that it was qualified to perform the work, could perform the work, and could perform the work on site at McNeely's hangar at the West Memphis Airport in West Memphis, Crittenden County, Arkansas. The total proposed price was $116,810.62.

12. Before receiving Total Air Group's proposals, McNeely afforded Total Air Group the opportunity to fully inspect the Sherpa. Total Air Group inspected the Sherpa with unfettered access to the plane before submitting its proposals to McNeely.

13. On or about March 30, 2021, McNeely accepted the proposal and paid Total Air Group $50,000 to begin work.

14. Shortly thereafter, McNeely accepted Total Air Group's proposal to also install an upgraded Garmin Weather Radar system for an additional $49,401.80, bringing the total for all work to be performed to $166,212.42, including taxes but "dependent on time and materials."

15. McNeely paid Total Air Group an additional $25,000 for a total front end payment of $75,000.

16. McNeely also immediately provided unfettered access to its hangar and the Sherpa, even if Total Air Group wished to perform work on nights and weekends. Access was available through some time in August 2022.

17. The written proposals, which were eventually the parties' agreement, were drafted entirely by Total Air Group, and are attached as Exhibits B and C. Exhibits B and C are true and correct copies of the proposals, which were accepted, and which reflect the parties' agreement, and are incorporated herein by reference.

18. The proposals did not provide a firm completion date, but a reasonable time for completion of the work would have 30 days, but in any event less than 60 days.

19. Total Air Group sent several employees, agents, or contractors to begin work, beginning in or about June 2021. However, Total Air Group kept replacing the individuals performing the work, so different employees kept showing up to perform the work.

20. In about late June or early July 2021, one employee began showing up to perform the work. The employee, who identified himself as "Dave."

21. Dave regularly arrived between 10:00 and 10:30 am, took breaks, took a lunch break, and left at about 2:30 pm daily. On any given day, Dave worked at most 4 hours on the Sherpa, but most days worked less. Upon information and belief and unknown to McNeely at the time, Dave's background and experience was as a "bench checker," not an installer of the avionics and radar packages.

22. Total Air Group's express and implied representations that it was sending a qualified installer and was otherwise qualified to install the upgraded avionics and upgraded radar were false and material. Plaintiff's reliance on Total Air Group's express

or implied representation that it was competent and qualified to do the work was reasonable.

23. On or about October 6, 2021, McNeely's Michael Todd asked Total Air Group's Barry Baker when it could expect Total Air Group's work to be completed. On October 6, 2021, Baker responded that it was expected that the work would be completed by "the end of [the] next week." Exhibit D is a true and correct copy of text message exchange between Todd and Baker on October 6, 2021, which is incorporated herein by reference.

24. Total Air Group did not complete the work by the end of the week (October 14, 2021) following its response and assurances to McNeely.

25. Despite McNeely affording additional time for Total Air Group to cure its defaults, Total Air Group did not complete the work by February 2022. Instead, it submitted an invoice for an additional $166,212.42 even though no actual work had been done since October 2021.

26. At the time McNeely accepted Total Air Group's proposals, McNeely did not immediately need the work completed in an expedited manner and was agreeable to the work being performed within a reasonable time. A reasonable time to perform all of the work, including the upgraded radar system would have been 30 days and less than 60 days in any event. The failure of Total Air Group to complete the work on or before Friday, October 14, 2021 was a breach of Total Air Group's obligation to complete the work within a reasonable time.

27. Nonetheless, McNeely continued to provide opportunities for Total Air Group to cure its defaults and breaches (and mitigate its own damages), including completing the work, but Total Air Group failed and refused to do so.

28. Total Air Group never completed the work or otherwise fulfilled its obligations to McNeely. Even the work performed failed to meet either Total Air Group's obligations under the parties' agreement or any duty of care for one installing aviation equipment. Among the defects in the incomplete work performed by Total Air Group were:

a. No altitude input to either GTN-750;

b. Neither HIS NAV Flag pull in VOR mode or ILS work.

c. Neither Flight Director captures the NAV mode (VOR).

d. No expanded localizer in co-pilot ADI.

e. No Glideslope deviation in copilot HIS.

f. Neither HIS has bearing pointers.

g. #2 Flight Director captures location, but not Glideslope.

h. No DME display on #1 or #2 HIS.

i. No NAV audio #1 or #2 GTN.

j. No Terrain or click Audio GTN-750.

k. Both GTN's have configuration errors.

l. #2 Transponder fires on the ground.

m. #1 Transponder has no reply on bottom pulse antennas.

n. #1 Transponder fails ground test.

o. Both transponders have wrong coaxial cable type.

p. Pilot and Copilot have no communication radio reception speaker, headset, or sidetone.

q. Pilot has modulation from hand mic jack only.

r. Copilot can modulate only Comm-1.

s. Comm-2 has no TX or RX.

t. ELT will not test.

u. Both HPU-74s operate in in RNAV mode when GPS is selected, which prevents any WAAS LPV approaches or vertical coupling to the autopilot or HIS.

v. GPS checks cannot be completed.

29. Instead of curing its defaults and breaches in its duty of care, in February 2022, Total Air Group representatives demanded $166,212.42 in additional money from McNeely in a meeting at McNeely's hangar in West Memphis, Arkansas. McNeely refused to pay until the work was completed, citing the long delay. At this time, McNeely was not aware of the deficiencies in the work that had been performed by Total Air Group and it continued to demand performance and completion of the work by Total Air Group.

30. In response, Total Air Group suddenly denied that it had any obligation to complete the work in a timely manner and failed and refused to complete the work (which it may have not even actually begun).

31. McNeely again afforded Total Air Group the opportunity to cure its default and complete the work before seeking another company to repair Total Air Group's "work" and install the avionics package.

32. In response, Total Air Group did not perform any work after February 14, 2022, and again failed to complete the installation and in July 2022.

33. Despite its defaults, breaches of duties, failure to complete the work, its concealed lack of qualifications to perform the work, and other wrongful acts and omissions, Total Air Group now demanded additional payment of $213,987.34 in additional money. In other words, Total Air Group claims a total of $315,116.40 on a job that it estimated and quoted for $166,212.42, which it failed to complete, which it could not have completed, and on which work that was purportedly performed was defective and not performed in a workmanlike manner.

34. Also unknown to McNeely at all times until about October 2022, Total Air Group lacked the appropriate licensing and other authority from Garmin to install the 650 system and avionics in the Sherpa. The work Total Air Group was supposed to perform is considered "major repair and alteration" by the FAA, thus requiring submission to and approval by the FAA of a Form 337. The Form 337 is mandatory in order to obtain a certificate of airworthiness. Because Total Air Group lacked proper licensing and other authority to perform the work in the Sherpa, the result is that McNeely could not have flown the plane even had the avionics and upgraded radar been installed correctly and timely.

35. In sum, Total Air Group was not staffed or qualified to perform the work at the time it agreed to install the avionics package, did not have the licenses and other authorizations to install the avionics package, did not have the personnel to install the avionics package and perform the other work, and could not have performed the work as it promised.

36. Nevertheless, Total Air Group represented to McNeely that it was properly staffed and qualified to perform the work, install the avionics package, obtain the necessary licenses and permits to install the avionics package, and otherwise perform the work as promised. Each of these representations was made when Total Air Group agreed to perform the work and continued to be made through July 13, 2022, but each was false and known to be false by Total Air Group. Total Air Group further knew that McNeely was relying on its representations (and also Total Air Group's general representations to the aviation industry), expertise, and ability to perform the work, and intended for McNeely to rely on its representations.

37. McNeely's reliance on Total Air Group's misrepresentations was reasonable until October 2022.

38. About October 2022, Total Air Group retained AMI Aviation Services, LLC to perform the work and make any repairs to the defective work of Total Air Group, which is when McNeely first learned that Total Air Group lacked the ability, licenses, and authorizations to have ever installed the avionics package – in spite of Total Air Group's prior representations.

39. The cost to cure Total Air Group's default will be determined at trial but exceeds the amount required for federal diversity jurisdiction.

40. In addition to the cost of completing the work and sums paid to Total Air Group for defective work and work not performed, as a result of Total Air Group's defaults, breaches, and other wrongful acts and omissions, McNeely has been denied the use of the Sherpa when it could have easily been booked and, as a result, lost revenue and

profits in am amount to be determined at trial but which exceeds the amount for federal diversity jurisdiction.

**COUNT 1**
**DECLARATORY JUDGMENT**

41. McNeely incorporates each of the foregoing paragraphs and all allegations by reference.

42. McNeely seeks to a declaratory judgment declaring the rights of the parties, including:

a. declaring that Total Air Group has no lien or right to assert a lien against the Sherpa or any McNeely property.

b. declaring that Total Air Group breached and defaulted on the parties' agreement and failed to cure its defaults despite numerous opportunities to do so;

c. declaring that Total Air Group breached its express and implied warranties that the work would be performed in a workmanlike manner, that Total Air Group could install the avionics package, that Total Air Group had the proper authority and licensing to install the avionics package (including being able to provide the Form 337), that the avionics package would actually work as installed, and other express and implied warranties.

d. that the breaches and defaults by Total Air Group are antecedent material breaches that fully excuse McNeely from any obligations or duties it may have under the parties' agreement.

e. that the misrepresentations by Total Air Group from December 2020 through July 2022 excuse McNeely from any obligations or duties it may have under the parties' agreement.

f. declaring any other rights and duties of the parties under the Agreement.

43. All work performed by Total Air Group (whether defective, negligent, or otherwise) was performed before February 14, 2022. Total Air Group has failed to provide or serve the notices required to assert a lien against the Sherpa and is time barred under both Arkansas (the applicable law) and Tennessee law from doing so now. More than 120 days has passed since Total Air Group last performed any work on the Sherpa. No lien has been recorded with the proper recording office, nor has any action to assert a lien been commenced by Total Air Group.

44. Nevertheless, Total Air Group has threatened to try to assert a lien against the Sherpa despite lacking any legal or factual basis for doing so, failing to provide or serve the required notices and affidavits, failing to timely commence an action to assert and enforce a lien, and being time-barred from asserting a lien.

45. McNeely is entitled to a declaratory judgment declaring the rights of the parties, including:

a. declaring that Total Air Group has no lien or right to assert a lien against the Sherpa or any McNeely property.

b. declaring that Total Air Group breached and defaulted on the parties' agreement and failed to cure its defaults despite numerous opportunities to do so;

c. declaring that Total Air Group breached its express and implied warranties that the work would be performed in a workmanlike manner, that Total Air Group could install the avionics package, that Total Air Group had the proper authority and licensing to install the avionics package (including being able to provide the Form 337), that the

avionics package would actually work as installed, and other express and implied warranties.

d. that the breaches and defaults by Total Air Group are antecedent material breaches that fully excuse McNeely from any obligations or duties it may have under the parties' agreement.

e. that the misrepresentations by Total Air Group from December 2020 through July 2022 excuse McNeely from any obligations or duties it may have under the parties' agreement.

f. declaring all other rights, obligations, duties, and applicable defenses of the parties under the Agreement.

46. McNeely is entitled to recover its attorneys' fees, costs, and expenses pursuant to Ark. Code Ann. § 16-22-308.

## COUNT 2
## BREACH OF CONTRACT

47. McNeely incorporates each of the foregoing paragraphs and all allegations by reference.

48. McNeely and Total Air Group entered into a contract.

49. The contract required Total Air Group to install the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar system in a workmanlike manner for a total of $166,212.42. Included in Total Air Group's obligations were to properly staff the installation with a competent installer, to complete the work within a reasonable time, and to provide the Form 337 in order for McNeely to obtain a certificate of airworthiness.

50. McNeely did what the contract required of it and afforded Total Air Group numerous opportunities to cure its defaults.

51. Total Air Group did not do what the contract required of it – namely failed to complete the installation, failed to staff the installation with competent personnel, failed to actually perform the work for which it eventually billed McNeely, failed to perform the work that it actually attempted in a workmanlike manner, failed to complete the installation at all or in a reasonable time, and failed to cure its defaults despite McNeely affording it numerous opportunities to do so.

52. As a result of Total Air Group's defaults and breaches of the parties' contract, McNeely suffered damages in an amount to be proven at trial but which exceed the amount required for federal diversity jurisdiction, including without limitation: a) the money advanced to Total Air Group; b) sums paid (or to be paid) to another installer to correct Total Air Group's partial but defective work; c) sums paid (or to be paid) to another installer to perform the work and obtain the Form 337 that Total Air Group was obligated but failed to do; d) damages from the loss of use of the Sherpa from about October 14, 2021 through the date that the work is completed by another installer; e) the additional cost of any warranties that may be incurred as a result of Total Air Group's defective work and other defaults; and f) any other damages that may be warranted by the proof.

53. McNeely is entitled to recover its attorneys' fees, costs, and expenses pursuant to Ark. Code Ann. § 16-22-308.

## COUNT 3
## BREACH OF WARRANTIES

54. McNeely incorporates each of the foregoing paragraphs and all allegations by reference.

55. In addition to or as part of the parties' contract, Total Air Group was a "merchant" in the business of selling and installing avionics packages and the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar system were and are "goods" as defined by the Arkansas Uniform Commercial Code. Total Air Group regularly deals in goods of this kind in the aviation industry and holds itself out as having knowledge and skill in the avionics packages at issue, as well as their installation.

56. As part of the transaction, Total Air Group expressly represented to McNeely that the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar would work as intended, that it would pass any required inspection, that a Form 337 (followed by a certificate of airworthiness) could be issued for it by Total Air Group, and that it was fit for the ordinary purposes in the aviation industry – specifically, allowing navigation, communication, weather radar and updates, and other functions one would expect while flying an airplane.

57. Total Air Group knew the particular purpose for which McNeely was purchasing the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar and knew that McNeely was relying on Total Air Group to furnish and install a suitable avionics package.

58. When tested in October 2022, the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar failed to even turn on, much less operate as it should. Nor could Total Air Group provide the Form 337.

59. Total Air Group breached the warranties of merchantability, fitness for a particular purpose, and other implied warranties, and further failed to cure its breaches despite numerous opportunities to do so.

60. As a result of Total Air Group's breaches of its express and implied warranties, McNeely suffered damages in an amount to be proven at trial but which exceed the amount required for federal diversity jurisdiction, including without limitation: a) the money advanced to Total Air Group; b) sums paid (or to be paid) to another installer to correct Total Air Group's partial but defective work; c) sums paid (or to be paid) to another installer to perform the work and obtain the Form 337 that Total Air Group was obligated but failed to do; d) damages from the loss of use of the Sherpa from about October 14, 2021 through the date that the work is completed by another installer; e) the additional cost of any warranties that may be incurred as a result of Total Air Group's defective work and other defaults; and f) any other damages that may be warranted by the proof.

61. McNeely is entitled to recover its attorneys' fees, costs, and expenses pursuant to Ark. Code Ann. § 16-22-308.

## COUNT 4
## FRAUD

62. McNeely incorporates each of the foregoing paragraphs and all allegations by reference.

63. Total Air Group made false representations of material fact to McNeely, including without limitation: a) that Total Air Group had competence and staffing to install the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar within a reasonable amount of time and certainly no later than October 14, 2021; b) that its employees actually worked the amount of hours claimed by Total Air Group in its invoices to McNeely; c) that it had the skill and expertise to correctly install the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar in a workmanlike manner; that

Total Air Group had all proper licenses to install the avionics package and provide the Form 337 to McNeely; and, e) other false representations.

64.  Each of the misrepresentations was material and essential to McNeely engaging Total Air Group to install the avionics package and continuing to provide Total Air Group opportunities to cure its default and more time to complete its work.

65. Each of the misrepresentations was false and known to be false by Total Air Group.

66. Each of the misrepresentations was intended by Total Air Group to induce McNeely to enter into the agreement with Total Air Group, induce McNeely to pay money not owed for work not actually performed and hours not worked, induce McNeely to pay for defective work, induce McNeely to delay and provide additional opportunities for Total Air Group to cure its defaults; induce McNeely to delay seeking to find another installer, and induce McNeely into believing that Total Air Group installed the package when, in fact, the package was not fully or properly installed and failed to work at all when tested in October 2022.

67. McNeely justifiably relied upon Total Air Group's misrepresentations until October 2022 and, as a result of Total Air Group's misrepresentations, McNeely suffered damages McNeely suffered damages in an amount to be proven at trial but which exceed the amount required for federal diversity jurisdiction, including without limitation: a) the money advanced to Total Air Group; b) sums paid (or to be paid) to another installer to correct Total Air Group's partial but defective work; c) sums paid (or to be paid) to another installer to perform the work and obtain the Form 337 that Total Air Group was obligated but failed to do; d) damages from the loss of use of the Sherpa from about

October 14, 2021 through the date that the work is completed by another installer; e) the additional cost of any warranties that may be incurred as a result of Total Air Group's defective work and other defaults; and f) any other damages that may be warranted by the proof.

68. Each of the defendants knew or ought to have known, in the light of the surrounding circumstances, that their conduct would naturally and probably result in injury or damage to the McNeely, yet they continued such conduct with malice or in reckless disregard of the consequences from which malice may be inferred. As a result, McNeely should be awarded punitive damages in an amount sufficient to punish defendants and to deter defendants and others from similar conduct in the future. The amount of punitive damages that should be awarded to McNeely should be determined at trial but exceeds the amount required for federal diversity jurisdiction.

69. Total Air Group's fraud, in addition to causing damages to McNeely, also excuses McNeely from any obligations under the parties' contract.

## COUNT 5
## ARKANSAS DECEPTIVE TRADE PRACTICES ACT

70. McNeely incorporates each of the foregoing paragraphs and all allegations by reference.

71. The foregoing allegations demonstrate that Total Air Group used deception, fraud, and false pretenses and concealed, suppressed, and omitted material facts in connection with the sale of its installation services and the Garmin 750/650 GTX 345 Upgrade and Garmin Weather Radar.

72. As previously alleged, Total Air Group intended that others, including McNeely, rely on its deception and concealments.

73. As a result of Total Air Group's deception and concealments proximately caused McNeely to suffer damages. McNeely suffered damages in an amount to be proven at trial but which exceed the amount required for federal diversity jurisdiction, including without limitation: a) the money advanced to Total Air Group; b) sums paid (or to be paid) to another installer to correct Total Air Group's partial but defective work; c) sums paid (or to be paid) to another installer to perform the work and obtain the Form 337 that Total Air Group was obligated but failed to do; d) damages from the loss of use of the Sherpa from about October 14, 2021 through the date that the work is completed by another installer; e) the additional cost of any warranties that may be incurred as a result of Total Air Group's defective work and other defaults; and f) any other damages that may be warranted by the proof.

74. Pursuant to the Arkansas Deceptive Trade Practices Act, McNeely is entitled to recover its attorneys' fees, costs, and expenses.

### JURY TRIAL

75. McNeely demands a jury trial.

76. McNeely reserves the right to amend this pleading to assert other claims following further investigation and discovery.

**THEREFORE**, Plaintiff prays for:

a) an order from this Court declaring the rights and obligations of the parties, including without limitation a declaration from this court that Plaintiff is not indebted to Defendants, that Defendants have no lien rights in the Sherpa or any other property of McNeely, that McNeely has not breached any contract with Defendants, that any obligations of McNeely under the parties' contract have been excused, that Defendants

materially breached the parties' contract and the express and implied warranties thereunder, and making any other declarations of the rights and obligations of the parties that the Court may deem advisable;

b) judgment against Defendants, jointly and severally, for compensatory damages in an amount to be proven at trial, but which exceeds the amount required for federal diversity jurisdiction;

c) judgment against Defendants for punitive damages on Plaintiff's fraud claim in an amount to be determined at trial, but which exceeds the amount required for federal diversity jurisdiction;

d) its attorneys' fees, costs, and expenses;

e) pre-judgment and post-judgment interest;

f) for trial of all issues of fact by a jury; and,

g) such other relief, both general and specific, to which plaintiff may be entitled under the premises.

RESPECTFULLY SUBMITTED,

/s/ Lawrence W. Jackson

Lawrence W. Jackson (92194)
Attorney at Law
P.O. Box 746
513 Apperson Drive
Marion, AR 72364
Phone: 870-559 -2150
larryjacksonlaw@gmail.com

EXHIBITS

A       12/20/22 Quote/Proposal ($116,810.62)

B       02/14/22 Updated for Garmin Weather Radar ($166,212.42)

C       10/06/21 Message: Completion "end of next week"

D       07/13/22 Invoice ($213,987.34 additional money)

**Company: Address:**

McNeely Charter Service Inc

737 South Airport Road Hgr 1 West Memphis, Arkansas 72301 United States

**Estimate Number: WOQ20-00022 Valid To: December 12, 2020**
    Company Code: MCNEELY CHARTER

    **Payment Terms:** Cash

**Comments/Notes:**    Attention: Kevin Bohnert

Thank you for the oppurtunity to provide an estimate to McNeely Charter Services.

Total Air Group is pleased to present to you an estimate for the project previuosly discussed on N7013.
Please keep in mind that some items are purely an estimate, prices could vary dependant on time and materials.

We are available to you and ready to discuss any questions.

Total Air Group office line: 901-396-9707
Mike Day, Director of Quality, 901-601-6907, mday@totalairgroup.com
Lonnie Chrestman, Director of Maintenance, 336-549-8422, lchrestman@totalairgroup.com
Mark Read, Sales Executive, 901-619-6165, mread@totalairgroup.com

Thank you again,

Mark Read

| Pricing Summary: | Flat Rate | Time & Material | Total | Discount | Adjustments | Adjusted Total |
|---|---|---|---|---|---|---|
| Labor: | 0.00 USD | 53,300.00 USD | 53,300.00 USD | 0.00 USD | 0.00 USD | 53,300.00 USD |
| Parts: | 0.00 USD | 40,374.00 USD | 40,374.00 USD | 0.00 USD | 0.00 USD | 40,374.00 USD |
| Misc charges: | — | 13,000.00 USD | 13,000.00 USD | 0.00 USD | 0.00 USD | 13,000.00 USD |
| Sub Total: | 0.00 USD | 106,674.00 USD | 106,674.00 USD | 0.00 USD | 0.00 USD | 106,674.00 USD |
| Taxes: | | | | | | 6,672.12 USD |
| Work Order Quote Fees: | | | | | | 3,464.50 USD |
| Total: | | | | | | 116,810.62 USD |

A

| Approved | Rejected | Date |
|---|---|---|
|  |  |  |

**Estimate Number: WOQ20-00022**

**Valid To: December 12, 2020**

**Item: 1.**

**Avionics**

**Part/Model #:**

**Aircraft Registration Number:**

**N7013**

**Serial Number:**

**Discrepancy:**

1.1.  INSTALL GARMIN 750/650 GTX 345 UPGRADE

**Labor T&M:**

52,000.00 USD

| | | |
|---|---|---|
| **Parts T&M:** | 40,374.00 USD |
| **Misc charges:** | 9,000.00 USD |

**Airworthy Tag:**   No

**Parts:**

**Total:**
101,374.00 USD

**Part number**

**Description**

**Quantity**

**Sell price**

**Extended**

GTN750 GTN 650
GTX 345

**Miscellaneous Charges:**

garmin garmin garmin

| | | |
|---|---|---|
| 1 | 19,995.00 USD | 19,995.00 USD |
| 1 | 13,884.00 USD | 13,884.00 USD |
| 1 | 6,495.00 USD | 6,495.00 USD |

| Title: | Description | Sell price | Amount |
|---|---|---|---|
| DER services Travel Charges
misc avionics hardware for install | | | |

8,000.00 USD

800.00 USD

200.00 USD

8,000.00 USD

800.00 USD

200.00 USD

**Discrepancy:**

**1.2.  INSTALL OXYGEN FOR CREW ONLY.**

**Labor T&M:**

1,300.00 USD

| | | |
|---|---|---|
| Misc charges: | | 4,000.00 USD |
| Total: | | 5,300.00 USD |

**Airworthy Tag:**    No

**Miscellaneous Charges:**

| Title: | Description | Sell price |
|---|---|---|

**Amount**

der service

4,000.00 USD

4,000.00 USD

Printed: 11/10/2020 11:25:49AM

Rst. 2

**Pricing Summary:**

| Flat Rate | Time & Material | |
|---|---|---|
| Total | Discount | Pre Adjusted Total |

**Company:**    McNeely Charter Service Inc

| | | | | |
|---|---|---|---|---|
| | 0.00 USD | 53,300.00 USD | 53,300.00 USD | 0.00 USD | 53,300.00 USD |
| **Labor: Parts:** | USD | 53,300.00 USD | 53,300.00 USD | USD | USD |
| **Misc charges:** | 0.00 USD | 40,374.00 USD | 40,374.00 USD | 0.00 USD | 40,374.00 USD |
| | USD | 13,000.00 USD | 13,000.00 USD | USD | USD |
| | ---- | | | 0.00 USD | 13,000.00 USD |
| | | | | USD | USD |

| Sub Total: | 0.00 USD | | 106,674.00 USD | 106,674.00 USD | 0.00 USD | | 106,674.00 USD |
| Taxes: | | | | | | | 6,672.12 USD |
| Work Order Quote Fees: | | | | | | | 3,464.50 USD |
| Total: | | | | | | | 116,810.62 USD |

Disclaimer:

The prices above exclude tax, freight, consumables and any hidden damage, which may be found once work has begun.  Total Air Group will make every effort to keep the final prices in line with the estimate and to always find the best prices for our customers; however prices are an estimate and may change due to suppliers.

Discrepancies will be invoiced at the current posted Maintenance or Avionics labor rates per hour, plus parts. **Note:** Exchange prices are contingent on your core being accepted by the vendor. If your core is rejected, you will receive additional billing at a later date. Overhaul prices are for standard overhauls.  If your unit requires parts other than the standard overhaul parts, you will receive additional billing at a later date.

Total Air Group will require 50% deposit prior to starting work. Estimate valid for 30 days.

Thank you for allowing Total Air Group, LLC the opportunity to provide you with this estimate.  If you have any questions, please contact our office.

| Approved | Rejected | Date |
|---|---|---|
| | | |

# Total Air Group

2456 Winchester Rd  Hgr 14
Memphis, Tennessee  38116 (2lTR987Y)

# Work Order Estimate

February 14, 2022

| | |
|---|---|
| Telephone:  901-396-9707 | Fax:  901-396-9708 |

**Estimate Number:** WOQ20-00022
**Valid To** July 30, 2021
**Company Code:** MCNEELY CHARTER
**Payment Terms:** Cash

**Company:** McNeely Charter Service Inc

**Address:** 737 South Airport Road Hgr 1
West Memphis, Arkansas 72301
United States

*Jdendekker@total airgrp.*
*co.*

**Comments/Notes:**  Attention: Kevin Bohnert

*615·282·1641*

Thank you for the oppurtunity to provide an estimate to McNeely Charter Services.

Total Air Group is pleased to present to you an estimate for the project previusoly discussed on N7013.
Please keep in mind that some items are purely an estimate, prices could vary dependant on time and materials.

We are available to you and ready to discuss any questions.

Total Air Group office line: 901-396-9707
Mike Day, Director of Quality, 901-601-6907, mday@totalairgroup.com
Lonnie Chrestman, Director of Maintenance, 336-549-8422, lchrestman@totalairgroup.com
Mark Read, Sales Executive, 901-619-6165, mread@totalairgroup.com

Thank you again,

Mark Read

| Pricing Summary: | Flat Rate | Time & Material | Total | Discount | Adjustments | Adjusted Total |
|---|---|---|---|---|---|---|
| Labor: | 0.00 USD | 55,900.00 USD | 55,900.00 USD | 0.00 USD | 0.00 USD | 55,900.00 USD |
| Parts: | 0.00 USD | 81,772.00 USD | 81,772.00 USD | 0.00 USD | 0.00 USD | 81,772.00 USD |
| Misc charges: | ---- | 13,400.00 USD | 13,400.00 USD | 0.00 USD | 0.00 USD | 13,400.00 USD |
| Sub Total: | 0.00 USD | 151,072.00 USD | 151,072.00 USD | 0.00 USD | 0.00 USD | 151,072.00 USD |
| Taxes: | | | | | | 6,974.76 USD |
| Work Order Quote Fees: | | | | | | 8,165.66 USD |
| Total: | | | | | | 166,212.42 USD |

*TAX EXEMPT Y/N*

*ESTIMATE 166K*
*pd TO DATE 75K*
*EST Balance 91K*

*B*

| Approved | Rejected | Date |
|---|---|---|
| | | |

# Total Air Group

2456 Winchester Rd Hgr 14
Memphis, Tennessee 38116 (21TR987Y)

# Work Order Estimate

February 14, 2022

Telephone: 901-396-9707          Fax: 901-396-9708

## Estimate Number: WOQ20-00022
## Valid To  July 30, 2021

| Item: 1. | Avionics | Part/Model #: | |
|---|---|---|---|
| Aircraft Registration Number:  N7013 | | Serial Number: 90-7013 | |

**Discrepancy:  1.1.  INSTALL GARMIN 750/650 GTX 345 UPGRADE**

| | | |
|---|---|---|
| Labor T&M: | 52,000.00 USD | |
| Parts T&M: | 58,772.00 USD | |
| Misc charges: | 9,000.00 USD | |
| Total: | 119,772.00 USD | |

| Approved | Rejected |
|---|---|
| | |

**Airworthy Tag:** No

**Parts:**

| Part number | Description | Quantity | Sell price | Extended |
|---|---|---|---|---|
| GTN750 | garmin | 1 | 19,995.00 USD | 19,995.00 USD |
| GTN 650 | garmin | 1 | 13,884.00 USD | 13,884.00 USD |
| GTX 345 | garmin | 1 | 6,495.00 USD | 6,495.00 USD |
| GTX335R | transponder | 1 | 5,333.00 USD | 5,333.00 USD |
| GAD42 | transponder interface | 2 | 4,900.00 USD | 9,800.00 USD |
| GEA42 | encoding altemeter | 2 | 850.00 USD | 1,700.00 USD |
| MB10 | marker beacon | 1 | 1,565.00 USD | 1,565.00 USD |

**Miscellaneous Charges:**

| Title: | Description | Sell price | Amount |
|---|---|---|---|
| DER services | | 8,000.00 USD | 8,000.00 USD |
| Travel Charges | | 800.00 USD | 800.00 USD |
| misc avionics hardware for install | | 200.00 USD | 200.00 USD |

**Discrepancy:  1.2.  INSTALL UPGRADED WEATHER RADAR GARMIN**

| | | |
|---|---|---|
| Labor T&M: | 2,600.00 USD | |
| Parts T&M: | 23,000.00 USD | |
| Misc charges: | 400.00 USD | |
| Total: | 26,000.00 USD | |

| Approved | Rejected |
|---|---|
| | |

**Airworthy Tag:** No

**Parts:**

| Part number | Description | Quantity | Sell price | Extended |
|---|---|---|---|---|
| GWX 75 | garmin radar | 1 | 23,000.00 USD | 23,000.00 USD |

**Miscellaneous Charges:**

| Title: | Description | Sell price | Amount |
|---|---|---|---|
| der services | | 400.00 USD | 400.00 USD |

# Total Air Group

2456 Winchester Rd  Hgr 14
Memphis, Tennessee  38116 (2ITR987Y)

Telephone:  901-396-9707          Fax:  901-396-9708

# Work Order Estimate

February 14, 2022

**Estimate Number: WOQ20-00022**

**Valid To  July 30, 2021**

# Total Air Group

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

## Work Order Estimate

February 14, 2022

Telephone:  901-396-9707        Fax:  901-396-9708

**Estimate Number: WOQ20-00022**

**Valid To  July 30, 2021**

| Item: 2. | Airframe | Part/Model #: |
|---|---|---|

| Aircraft Registration Number:   N7013 | Serial Number: 90-7013 |
|---|---|

Discrepancy:  2.1.  INSTALL OXYGEN FOR CREW ONLY.

| | | |
|---|---|---|
| Labor T&M: | 1,300.00 USD | |
| Misc charges: | 4,000.00 USD | |
| Total: | 5,300.00 USD | |

| Approved | Rejected |
|---|---|
| | |

Airworthy Tag:  No

Miscellaneous Charges:

| Title: | Description | Sell price | Amount |
|---|---|---|---|
| der service | | 4,000.00 USD | 4,000.00 USD |

Printed: 2/14/2022 9:54:43AM
Ref: 2

# Total Air Group

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2TR987Y)

# Work Order Estimate

February 14, 2022

Telephone: 901-396-9707          Fax: 901-396-9708

| Pricing Summary: | Flat Rate | Time & Material | Total | Discount | Pre Adjusted Total |
|---|---|---|---|---|---|
| **Company:** | McNeely Charter Service Inc | | | | 55,900.00 USD |
| Labor: | 0.00 USD | 55,900.00 USD | 55,900.00 USD | 0.00 USD | |
| Parts: | 0.00 USD | 81,772.00 USD | 81,772.00 USD | 0.00 USD | 81,772.00 USD |
| Misc charges: | --- | 13,400.00 USD | 13,400.00 USD | 0.00 USD | 13,400.00 USD |
| Sub Total: | 0.00 USD | 151,072.00 USD | 151,072.00 USD | 0.00 USD | 151,072.00 USD |
| Taxes: | | | | | 6,974.76 USD |
| Work Order Quote Fees: | | | | | 8,165.66 USD |
| **Total:** | | | | | 166,212.42 USD |

**Disclaimer:**

The prices above exclude tax, freight, consumables and any hidden damage, which may be found once work has begun. Total Air Group will make every effort to keep the final prices in line with the estimate and to always find the best prices for our customers; however prices are an estimate and may change due to suppliers. Discrepancies will be invoiced at the current posted Maintenance or Avionics labor rates per hour, plus parts. **Note:** Exchange prices are contingent on your core being accepted by the vendor. If your core is rejected, you will receive additional billing at a later date. Overhaul prices are for standard overhauls. If your unit requires par other than the standard overhaul parts, you will receive additional billing at a later date. Total Air Group will require 50% deposit prior to starting work. Estimate valid for 30 days.

Thank you for allowing Total Air Group, LLC the opportunity to provide you with this estimate. If you have any questions, please contact our office.

| Approved | Rejected | Date |
|---|---|---|
| | | |



9:23

**New iMessage**    Cancel

**To: Barry Baker**

as I sent the last text.



Wed, Oct 6, 9:57 AM

Good morning. Any idea on the timeframe for completion on our Sherpa?

**Dave thinks end of next week. Got an extra hand there today and tomorrow.**

Ok, thanks!

  iMessage 

# otal Air Group

**Preliminary Invoice**

2456 Winchester Rd Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone: 901-396-9707          Fax: 901-396-9708

Bill To: McNeely Charter Service Inc
   737 South Airport Road Hgr I
   West Memphis, Arkansas 72301
   United States

**Invoice Number:**
**Account Code:** MCNEELY CHARTER
**P.O. Number:**
**Job Number:**
**Invoice Date:**

Payment Type: Cash          Payment Terms:
Exchange Rate: 1.000000 USD
INVOICE SUMMARY FOR WORK ORDER NUMBER: MEM-13264          Registration Number: N7013

|  | Time & Materials | Flat Rate | Total |
|---|---|---|---|
| Labor: | 152,389.90 USD | — | 152,389.90 USD |
| Parts: | 90,094.31 USD | — | 90,094.31 USD |
| Services: | 4,439.70 USD | — | 4,439.70 USD |
| Misc Charges: | 73,971.77 USD | --- | 73,971.77 USD |
| Freight: | --- | --- | 333.22 USD |
| Total: | 320,895.68 USD | 0.00 USD | 321,228.90 USD |
| Work Order Fees: | | | 10,758.44 USD |
| Subtotal: | | | 331,987.34 USD |
| Progress Billing: | | | -118,000.00 USD |

**Total:**          **213,987.34 USD**

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone: 901-396-9707          Fax: 901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
|---|---|---|

### Work Order Fees Detail

| Fee Description | Amount |
|---|---|
| Freight | 44.07 USD |
| Freight | 18.21 USD |
| Freight | 46.39 USD |
| Freight | 49.29 USD |
| Freight | 39.17 USD |
| Freight | 19.16 USD |
| Freight | 174.63 USD |
| Freight | 27.29 USD |
| Freight | 112.59 USD |
| Freight | 156.14 USD |
| Freight | 152.23 USD |
| Freight | 363.54 USD |
| Consumable Charge | 3,500.00 USD |
| INSPECTION FEE | 3,809.75 USD |
| Freight | 35.80 USD |
| Freight | 65.91 USD |
| Freight | 158.51 USD |
| Freight | 95.34 USD |
| Freight | 21.57 USD |
| Freight | 23.54 USD |
| Freight | 44.13 USD |
| Freight | 21.57 USD |
| Freight | 725.71 USD |
| Freight | 25.00 USD |
| Freight | 251.07 USD |
| Freight | 161.46 USD |
| Freight | 398.21 USD |
| Freight | 36.63 USD |
| Freight | 23.87 USD |
| Freight | 89.97 USD |
| Freight | 67.69 USD |
| **Total Work Order Fees** | ############## |

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (21TR987Y)

Telephone: 901-396-9707      Fax: 901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
|---|---|---|

Freight 39.17 for qty 1 P/N M83536/6-022M
Freight 158.51 for P/N M22759/16-22-9
Freight 95.34 for P/N's RSE116262 and CTJ122E04F-513
Freight 21.57 for PN CI507
Freight 23.54 for PN MS35206-241, 7277-2-1, 7277-2-3, 013-00112-00
Freight 30.89 for PN M39012/27-0101
Freight 21.57 for PN D436-36, D436-37
Freight 46.39 for PN 151439
Freight 49.29 for PN 112514, 1617754-3, 1841-1-5620
Freight 65.91 fo PN CI-108 (2)
Freight 35.80 for PN CI-120G/S (2)
Freight 44.07 for PN RNF-100-3-0-STK
Freight 18.21 for PN RNF-100-2-0-STK
Freight 19.16 for PN 011-01769-00
Freight 174.63 for p/n RK2010
Freight 27.29 GWX 75 Garmin radar
Freight $112.29 for Transponders
Freight 725.71 tool return to Todd Gibson
Freigth $36.63 rtn repair GTX345R
freight $25.00 for Qty 2 PN AN937-4D
Freight 251.07 for tool return to S.C.
Freight 156.14 for Summing Amplifier
Freight- 152.23 for PN WM22759/16-22-9
Freight 363.54 for GTN 650 & 750 Garmin
Freight $161.46 Garmin warranty GTR335R & GT345R
Freight $67.69 parts to Todd Gibson
Freight $398.21 returntools to vendor
Freight $89.87 PN PE4445

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone: 901-396-9707        Fax: 901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
| --- | --- | --- |

| Item: 1.    Avionics | Part/Model #: |
| --- | --- |
| Team Leader: | Item Serial Number: |
| Time & Materials        315,116.40 USD | Registration Number: N7013 |
| | Aircraft Serial Number: 90-7013 |

**Discrepancy:  1.2.    INSTALL UPGRADED WEATHER RADAR GARMIN**

**Resolution:**

| | Time & Materials | Flat Rate | Total |
| --- | --- | --- | --- |
| Labor: | 4,820.40 USD | --- | 4,820.40 USD |
| Parts: | 23,627.21 USD | --- | 23,627.21 USD |
| Misc Charges: | 4,735.83 USD | --- | 4,735.83 USD |
| Freight: | 11.00 USD | --- | 11.00 USD |
| Total: | 33,194.44 USD | 0.00 USD | 33,194.44 USD |

| Labor Billing | Hours | Rate | Total | Extended |
| --- | --- | --- | --- | --- |
| Regular Time | 37.08 | 130.00 | 4,820.40 USD | |
| Total T&M Labor | | | | 4,820.40 USD |

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
| --- | --- | --- | --- | --- | --- |
| 1.2 #1 | GWX 75 | garmin radar | 1 | 23,000.00 USD | 23,000.00 USD |
| 1.2 #4 | 011-00979-20 | Config Module | 1 | 523.89 USD | 534.89 USD |
| | | | Freight: | 11.00 USD | |
| 1.2 #3 | 7277-2-5 | Circuit Breaker, 5 AMP | 2 | 25.51 USD | 51.02 USD |
| 1.2 #5 | D436-36 | see M81824/1-1 | 10 | 5.23 USD | 52.30 USD |

**Miscellaneous Charges:**

| Ref. No. | Miscellaneous Charge | Amount |
| --- | --- | --- |
| 1.2 #1 | der services | |
| 1.2 #2 | Outside Services | |
| 1.2 #4 | misc avionics hardware for installation | |

**Discrepancy:  1.3.    INSTALL GARMIN 750/650 GTX 345 UPGRADE**

**Resolution:**

| | Time & Materials | Flat Rate | Total |
| --- | --- | --- | --- |
| Labor: | 117,191.10 USD | --- | 117,191.10 USD |
| Parts: | 58,399.28 USD | --- | 58,399.28 USD |
| Services: | 4,439.70 USD | --- | 4,439.70 USD |
| Misc Charges: | 58,980.34 USD | --- | 58,980.34 USD |
| Freight: | 128.41 USD | --- | 128.41 USD |
| Total: | 239,138.83 USD | 0.00 USD | 239,138.83 USD |

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (21TR987Y)

Telephone: 901-396-9707          Fax: 901-396-9708

---

**Bill To:** McNeely Charter Service Inc          **WO #:** MEM-13264          **Invoice Number:**

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 901.47 | 130.00 | 117,191.10 USD | |
| Total T&M Labor | | | | 117,191.10 USD |

---

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone:  901-396-9707          Fax:  901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
|---|---|---|

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
|---|---|---|---|---|---|
| 1.3 #1 | GTN 750 | Garmin | 1 | 19,995.00 USD | 19,995.00 USD |
| 1.3 #2 | GTN 650 | garmin | 1 | 13,884.00 USD | 13,884.00 USD |
| 1.3 #3 | GTX 345R | Remote Transponder | 1 | 6,495.00 USD | 6,495.00 USD |
| 1.3 #4 | GTX 335R | Garmin Transponder | 1 | 3,854.57 USD | 3,854.57 USD |
| 1.3 #5 | GAD 42 | Garmin Interface Adapter | 2 | 4,691.12 USD | 9,382.24 USD |
| 1.3 #7 | 013-00235-00 | Antenna, WAAS, GA35, White | 2 | 0.00 USD | 0.00 USD |
| 1.3 #10 | 372-2514-180 | Pin, Contact | 100 | 8.58 USD | 926.17 USD |
|  |  |  | Freight: | 68.17 USD |  |
| 1.3 #11 | TY528M | Ty-Rap | 200 | 1.11 USD | 221.99 USD |
| 1.3 #12 | 36152 | Terminal (Replaces 31885) | 50 | 0.16 USD | 8.00 USD |
| 1.3 #13 | 31886 | Terminal | 50 | 0.25 USD | 12.59 USD |
| 1.3 #15 | 7277-2-3 | Breaker, Circuit | 2 | 31.42 USD | 62.84 USD |
| 1.3 #16 | 7277-2-1 | Circuit Breaker, 1 Amp | 1 | 78.87 USD | 78.87 USD |
| 1.3 #17 | 7277-2-5 | Circuit Breaker, 5 AMP | 5 | 23.64 USD | 118.20 USD |
| 1.3 #18 | 7277-2-5 | Circuit Breaker, 5 AMP | 3 | 23.64 USD | 70.92 USD |
| 1.3 #19 | MS35206-241 | Screw, Machine Pan Head | 20 | 0.11 USD | 2.20 USD |
| 1.3 #20 | M39012/27-0101 | Amphenol Connector | 2 | 92.64 USD | 185.28 USD |
| 1.3 #22 | 013-00112-00 | Splitter 2 Way, 500 OHM, BNC | 1 | 182.18 USD | 182.18 USD |
| 1.3 #25 | 372-2514-180 | Pin, Contact | 40 | 12.63 USD | 505.20 USD |
| 1.3 #26 | 050-023-0100 | MB10 Marker Beacon | 1 | 1,501.06 USD | 1,549.57 USD |
|  |  |  | Freight: | 48.51 USD |  |
| 1.3 #29 | 35108 | Terminal | 4 | 0.29 USD | 1.16 USD |
| 1.3 #30 | 35149 | Terminal | 4 | 0.39 USD | 1.56 USD |
| 1.3 #39 | M39029/22-192 | Socket | 12 | 0.74 USD | 8.88 USD |
| 1.3 #46 | M39029/22-192 | Socket | 6 | 1.74 USD | 22.17 USD |
|  |  |  | Freight: | 11.73 USD |  |
| 1.3 #49 | GAE 12 | Alititude Encoder/Config Module | 2 | 290.56 USD | 581.12 USD |
| 1.3 #50 | 225396-1 | BNC Connector | 4 | 16.63 USD | 66.52 USD |
| 1.3 #51 | M81969/14-01 | Insert extract tool, plastic | 4 | 0.00 USD | 0.00 USD |
| 1.3 #52 | 6839 | T1 LIGHT BULB, 28 VDC | 20 | 0.00 USD | 9.74 USD |
| 1.3 #53 | 372-2514-180 | Pin, Contact | 20 | 12.63 USD | 252.60 USD |
| 1.3 #55 | 3506-SC38A-C3C | Dzus Fastner | 8 | 6.08 USD | 48.64 USD |
| 1.3 #56 | MS35206-230 | Screw | 16 | 0.03 USD | 0.48 USD |

**Services:**

| Ref. No. | Description | Quantity | Sell Price | Extended |
|---|---|---|---|---|
| 1.3 #1 | Build Wire Harness | 1.00 | 0.00 USD | 0.00 USD |
| 1.3 #2 | Fabricate Wire harness | 1.00 | 4,439.70 USD | 4,439.70 USD |
| 1.3 #3 | Outside Services | 1.00 | 0.00 USD | 0.00 USD |

**Miscellaneous Charges:**

| Ref. No. | Miscellaneous Charge | Amount |
|---|---|---|
| 1.3 #1 | DER services |  |

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone:  901-396-9707          Fax:  901-396-9708

---

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
|---|---|---|

**Miscellaneous Charges:**

| Ref. No. | Miscellaneous Charge | | Amount |
|---|---|---|---|
| 1.3 #3 | misc avionics hardware for install | | |
| 1.3 #6 | Outside Services | | |
| 1.3 #7 | Outside Service | | |
| 1.3 #8 | Travel Charges | | |
| 1.3 #9 | Travel Charges | | |
| 1.3 #10 | Travel Charges | | |

**Discrepancy:** 1.4.   ADD-ON: REPAIR / MODIFY INSTRUMENT PANEL AS REQUIRED

**Resolution:**

| | Time & Materials | Flat Rate | Total | |
|---|---|---|---|---|
| Labor: | 3,403.40 USD | --- | 3,403.40 USD | |
| Parts: | 594.65 USD | --- | 594.65 USD | |
| Freight: | 23.11 USD | --- | 23.11 USD | |
| Total: | 4,021.16 USD | 0.00 USD | 4,021.16 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 26.18 | 130.00 | 3,403.40 USD | |
| Total T&M Labor | | | | 3,403.40 USD |

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
|---|---|---|---|---|---|
| 1.4 #1 | MS21075L08 | Nutplate, floating mini | 6 | 0.68 USD | 4.05 USD |
| 1.4 #2 | 3506-SC38A-C3C | Dzus Fastner | 4 | 6.08 USD | 47.43 USD |
| | | | Freight: | 23.11 USD | |
| 1.4 #3 | RK2010 | Mount, channel | 1 | 566.28 USD | 566.28 USD |
| 1.4 #4 | NAS1329A06-75 | Rivnut,(A6-75) | 14 | 0.00 USD | 0.00 USD |

**Discrepancy:** 1.5.   ADD-ON: MODIFY / REPAIR STATIC LINES

**Resolution:**

| | Time & Materials | Flat Rate | Total | |
|---|---|---|---|---|
| Labor: | 3,363.10 USD | --- | 3,363.10 USD | |
| Parts: | 154.74 USD | --- | 154.74 USD | |
| Freight: | 102.59 USD | --- | 102.59 USD | |
| Total: | 3,620.43 USD | 0.00 USD | 3,620.43 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 25.87 | 130.00 | 3,363.10 USD | |
| Total T&M Labor | | | | 3,363.10 USD |

---

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone: 901-396-9707          Fax: 901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
| --- | --- | --- |

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
| --- | --- | --- | --- | --- | --- |
| 1.5 #1 | 5052-0-4 | Aluminum Tubing | 1 | 10.34 USD | 10.34 USD |
| 1.5 #2 | 04-02095 | Flare Reducer | 2 | 9.18 USD | 84.01 USD |
| | | | Freight: | 65.65 USD | |
| 1.5 #3 | AN827-6D | Fitting | 2 | 26.13 USD | 52.26 USD |
| 1.5 #4 | AN816-4D | Nipple, Flared tube and pipe thread | 2 | 2.70 USD | 5.40 USD |
| 1.5 #5 | AN919-3D | Reducer | 1 | 0.00 USD | 0.00 USD |
| 1.5 #6 | AN815-4D | Union | 2 | 5.99 USD | 11.98 USD |
| 1.5 #7 | AN919-3D | Reducer | 5 | 8.22 USD | 78.04 USD |
| | | | Freight: | 36.94 USD | |
| 1.5 #8 | AN937-4D | Fitting | 2 | 7.65 USD | 15.30 USD |

**Discrepancy:** 1.6.     ADD-ON: ANTENNA WORK AND RADAR MOUNTING

**Resolution:**

| | Time & Materials | Flat Rate | Total | |
| --- | --- | --- | --- | --- |
| **Labor:** | 9,571.90 USD | --- | 9,571.90 USD | |
| **Parts:** | 5,648.82 USD | --- | 5,648.82 USD | |
| **Misc Charges:** | 6,255.60 USD | --- | 6,255.60 USD | |
| **Freight:** | 22.87 USD | --- | 22.87 USD | |
| **Total:** | 21,499.19 USD | 0.00 USD | 21,499.19 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
| --- | --- | --- | --- | --- |
| **Regular Time** | 73.63 | 130.00 | 9,571.90 USD | |
| **Total T&M Labor** | | | | 9,571.90 USD |

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
| --- | --- | --- | --- | --- | --- |
| 1.6 #1 | 2024T3-.050 | Aluminum Sheet | 1 | 8.37 USD | 8.37 USD |
| 1.6 #2 | 31-4452 | Connector, TNC Male Dual Crimp RG142/400 | 4 | 15.67 USD | 62.68 USD |
| 1.6 #3 | CI507 | Diplexer | 1 | 241.04 USD | 241.04 USD |
| 1.6 #4 | UG89C/U | Connector | 2 | 13.20 USD | 49.27 USD |
| | | | Freight: | 22.87 USD | |
| 1.6 #5 | MS21061L4 | anchor nut | 4 | 2.29 USD | 9.16 USD |
| 1.6 #6 | CI-108 | Antenna | 2 | 1,516.83 USD | 3,033.66 USD |
| 1.6 #7 | CI-120G/S | Antenna, Pair | 1 | 2,267.51 USD | 2,267.51 USD |

**Miscellaneous Charges:**

| Ref. No. | Miscellaneous Charge | | | Amount |
| --- | --- | --- | --- | --- |
| 1.6 #1 | OUTSIDE SERVICE | | | |

**Discrepancy:** 1.7.     ADD-ON: TROUBLESHOOT EXISTING AIRCRAFT SYSTEMS

**Resolution:**

| | Time & Materials | Flat Rate | Total |
| --- | --- | --- | --- |

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd  Hgr 14
Memphis, Tennessee 38116 (2ITR987Y)

Telephone  901-396-9707          Fax:  901-396-9708

---

**Bill To:** McNeely Charter Service Inc    **WO #:** MEM-13264    **Invoice Number:**

| | | | | |
|---|---|---|---|---|
| Labor: | 9,742.20 USD | --- | 9,742.20 USD | |
| Total: | 9,742.20 USD | 0.00 USD | 9,742.20 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 74.94 | 130.00 | 9,742.20 USD | |
| Total T&M Labor | | | | 9,742.20 USD |

**Discrepancy:** 1.8.    ADD-ON: INSTALL AUDIO SUMMING AMPLIFIER

**Resolution:**

| | Time & Materials | Flat Rate | Total | |
|---|---|---|---|---|
| Labor: | 2,185.30 USD | --- | 2,185.30 USD | |
| Parts: | 1,669.61 USD | --- | 1,669.61 USD | |
| Freight: | 45.24 USD | --- | 45.24 USD | |
| Total: | 3,900.15 USD | 0.00 USD | 3,900.15 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 16.81 | 130.00 | 2,185.30 USD | |
| Total T&M Labor | | | | 2,185.30 USD |

**Parts:**

| Ref. No. | Part number | Description | Quantity | Sell price | Extended |
|---|---|---|---|---|---|
| 1.8 #3 | M39029/92-534 | Contact | 10 | 3.55 USD | 57.52 USD |
| | | | Freight: | 22.02 USD | |
| 1.8 #1 | JA35-100 | Summing Amplifier | 1 | 1,496.14 USD | 1,496.14 USD |
| 1.8 #4 | 1841-1-5620 | Pin | 10 | 5.91 USD | 82.32 USD |
| | | | Freight: | 23.22 USD | |
| 1.8 #2 | 7277-2-1 | Circuit Breaker, 1 Amp | 1 | 78.87 USD | 78.87 USD |

---

**Item:** 2.    Airframe    **Part/Model #:**

**Team Leader:**    **Item Serial Number:**

Time & Materials    6,112.50 USD    **Registration Number:** N7013
**Aircraft Serial Number:** 90-7013

**Discrepancy:** 2.1.    INSTALL OXYGEN FOR CREW ONLY.

**Resolution:**

| | Time & Materials | Flat Rate | Total | |
|---|---|---|---|---|
| Labor: | 2,112.50 USD | --- | 2,112.50 USD | |
| Misc Charges: | 4,000.00 USD | --- | 4,000.00 USD | |
| Total: | 6,112.50 USD | 0.00 USD | 6,112.50 USD | |

| Labor Billing | Hours | Rate | Total | Extended |
|---|---|---|---|---|
| Regular Time | 16.25 | 130.00 | 2,112.50 USD | |
| Total T&M Labor | | | | 2,112.50 USD |

---

# Total Air Group

**Preliminary Invoice**

2456 Winchester Rd Hgr 14
Memphis, Tennessee 38116 (2 ITR987Y)

Telephone: 901-396-9707          Fax: 901-396-9708

| Bill To: McNeely Charter Service Inc | WO #: MEM-13264 | Invoice Number: |
|---|---|---|

**Miscellaneous Charges:**

| Ref. No. | Miscellaneous Charge | Amount |
|---|---|---|
| 2.1 #1 | der service | |