IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MCNEELY CHARTER SERVICE INC     PLAINTIFF/COUNTER DEFENDANT

v.     No. 2:23-cv-226-DPM

TOTAL AIR GROUP and TUNICA AIR GROUP LLC     DEFENDANTS/COUNTER CLAIMANTS

FTAIR LLC     DEFENDANT

## JUDGMENT

All claims and counterclaims by and against all parties are dismissed with prejudice. The Court retains jurisdiction until 22 February 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2022