IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| MCNEELY CHARTER SERVICE INC | PLAINTIFF/COUNTER DEFENDANT |

v.  No. 2:23-cv-226-DPM

| | |
|---|---|
| TOTAL AIR GROUP and TUNICA AIR GROUP LLC | DEFENDANTS/ COUNTER CLAIMANTS |
| FTAIR LLC | DEFENDANT |

## AMENDED JUDGMENT

I put the wrong date beneath my signature in the Judgment yesterday. The Court corrects its mistake in this Amended Judgment.

All claims and counterclaims by and against all parties are dismissed with prejudice. The Court retains jurisdiction until 22 February 2026 to enforce the parties' settlement.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

23 December 2025